UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>    Plaintiff,<br><br>    v.<br><br>C.S.R. DOE-1, et al.,<br><br>    Defendants. | Case No. 21-cv-04363-WHO (PR)<br><br>**ORDER TO SHOW CAUSE** |

After plaintiff Shawn Damon Barth filed a complaint and an incomplete application to proceed in forma pauperis (IFP), the Clerk sent him a notice directing him to perfect his IFP application or pay the filing fee. Barth has not complied with the Clerk's Notice, nor responded in any way. **Accordingly, Barth is ordered to show cause why the action should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failing to comply with the Clerk's Notice. The response to the order to show cause must be filed on or before August 23, 2021**. No extensions of time will be granted. In the alternative to showing cause why this action should not be dismissed, Barth may avoid dismissal by paying the full filing fee of $402.00, or filing a complete IFP application, by August 23, 2021. Failure to file a response by **August 23, 2021**, or failure to pay the full filing fee by that date, will result in the dismissal of this action.

    **IT IS SO ORDERED.**

**Dated:** July 20, 2021

                                            WILLIAM H. ORRICK<br>
                                            United States District Judge